# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No: 1:13-MJ-00168-BAM |
| ) | |
| SIMONA MERONE, ) | |
| ) | |

**FILED AUG 20 2013 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA DEPUTY CLERK**

## AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum      (X) Ad Testificandum.

Name of Detainee:    SIMONA MERONE

Detained at (custodian): CENTRAL CALIFORNIA WOMEN'S FACILITY
    21633 Avenue 24
    Chowchilla, California 93610

Detainee is:   a.)   ( ) charged in this district by:
              ( ) Indictment      ( ) Information      ( ) Complaint
              Charging Detainee With: _____
or   b.)   (X) a witness not otherwise available by ordinary process of the Court for a hearing pursuant to 18 U.S.C. § 4107.

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until the time of transfer to a foreign country pursuant to 18 U.S.C. § 4102(3) & (6).

Appearance is necessary on **September 17, 2013** at **10:00 a.m.** in the courtroom of **United States Magistrate Judge Barbara A. McAuliffe.**

                       Signature:   /s/ Mia Giacomazzi
                       Printed Name & Phone No.:   MIA A. GIACOMAZZI (559) 497-4025
                       Attorney of Record for:   UNITED STATES OF AMERICA

## WRIT OF HABEAS CORPUS
    ( ) Ad Prosequendum      (XX) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 20, 2013
Date

                                                United States Magistrate Judge

(See Next Page)

Executed on _____ by _____

                                                                         Form 6 IPTU/OEO
                                                                        Revised 4/9/03

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | SIMONA MERONE | Male ☐ | Female x☐ |
| Booking or Fed. Reg. #: | State: CDC #: X-37685 | DOB: 09/ | 09/22/1976 |
| X X | Federal: FBI #: 482751HC4 | | |

| | | | |
|---|---|---|---|
| Facility Address: | 21633 Avenue 24 | Race: | White |
| | Chowchilla, California 93610 | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | Carjacking, Petty Theft, Grand Theft, etc. | | |

**RETURN OF SERVICE**

---

Executed on _____ by _____

Form 6 IPTU/OEO
ReRivised 4/9/03