# IN THE UNITED STATES DISTRICT COURT IN AND FOR

# THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE TRANSFER OF OFFENDERS Pursuant to 18 U.S.C. § 4100, Et seq., | Case No. 1:13-MJ-00168-BAM |
| UNITED STATES OF AMERICA, Plaintiff, v. SIMONA MERONE, Defendant. | ORDER |

Pursuant to 28 U.S.C. § 636(g), the Honorable Barbara A. McAuliffe, a United States Magistrate Judge for the Eastern District of California, Fresno Division, is assigned to perform the verification proceedings as required by 18 U.S.C. § 4108 commencing on September 17, 2013, in Fresno, California, relating to the proposed transfer of offender from the United States of America to Italy, and is also authorized to assign counsel for said offender as provided in 18 U.S.C. § 4109.

IT IS SO ORDERED.

DATED: September 5, 2013

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1