1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  VICTOR M. CHAVEZ Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  SIMONA MERONE

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) Case No.  1:13-mj-00168 BAM
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER
                                 ) RESCHEDULING CONSENT HEARING
13  vs.                          )
                                 )
14  SIMONA MERONE,               )
                                 )
15              Defendant.       )
                                 )
16  _____  )

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel that the consent hearing presently set for November 6, 2013 at 10:00 a.m.,  may be

19  rescheduled to December 4, 2013.

20       Counsel for Ms. Merone seeks this stipulation because he needs additional time to elicit

21  information from the Italian authorities and they have only been responsive to counsel's inquiries

22  since October 29, 2013.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 31, 2013   By:   /s/ Mia Giacomazzi
MIA GIACOMAZZI
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: October 31, 2013   By:   /s/ Victor M. Chavez
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
SIMONA MERONE

## O R D E R

IT IS SO ORDERED that the Verification re Extradition-International Hearing is continued from November 6, 2013 to **Tuesday, December 3, 2013 at 11:00 A.M.** before Judge McAuliffe in Courtroom 8.

IT IS SO ORDERED.

Dated:   **October 31, 2013**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE