UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
OCT 31 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA )
)
v. ) Case No: 1:13-MJ-168 BAM
)
SIMONA MERONE, )
)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
        ( ) Ad Prosequendum         (X) Ad Testificandum.

Name of Detainee:     SIMONA MERONE

Detained at (custodian):     CENTRAL CALIFORNIA WOMEN'S FACILITY
        21633 Avenue 24
        Chowchilla, California 93610

Detainee is:   a.)   ( ) charged in this district by:
            ( ) Indictment     ( ) Information     ( ) Complaint
            Charging Detainee With: _____
or   b.)   (X) a witness not otherwise available by ordinary process of the Court for a hearing pursuant to 18 U.S.C. § 4107.

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until the time of transfer to a foreign country pursuant to 18 U.S.C. § 4102(3) & (6).

Appearance is necessary on **December 3, 2013** at **11:00 a.m.** in the courtroom of **United States Magistrate Judge Barbara A. McAuliffe.**

        Signature:    /s/ Mia Giacomazzi
        Printed Name & Phone No.:   MIA A. GIACOMAZZI (559) 497-4025
        Attorney of Record for:   UNITED STATES OF AMERICA

## WRIT OF HABEAS CORPUS
        ( ) Ad Prosequendum         (XX) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

August 20, 2013
Date   Oct 31, 2013

                                        United States Magistrate Judge

(See Next Page)
Please provide the following, if known:

Executed on         by                                                           Revised 11/19/97

                                                                                     Form 6 IPTU/OEO
                                                                                     Revised 4/1/03

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | SIMONA MERONE | Male ☐ | Female x☐ |
| Booking or Fed. Reg. #: | **State:   CDC #: X-37685** | DOB: | 09/22/1976 |
| Facility Address: | **21633 Avenue 24** | Race: | White |
| | **Chowchilla, California 93610** | FBI #: | |
| Facility Phone: | | | |
| Currently Incarcerated For: | **Carjacking, Petty Theft, Grand Theft, etc.** | | |

**RETURN OF SERVICE**

**Executed on** _____ **by** _____ _____ Revised 11/19/97

Form 6 IPTU/OEO
Revised 4/1/03