

**FILED**

DEC 03 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1:13-MJ-00168-BAM

Instructions:

Court: If the prisoner declines to consent to the transfer, please have the prisoner execute this form. Please fax the executed form to the International Prisoner Transfer Unit (202-514-9003) and the Prisoner Transfer Unit will notify the foreign government and the United States Bureau of Prisons.

United States Marshals Service: If the prisoner declining consent was in state custody serving a state sentence, the prisoner should be returned to state custody immediately following the hearing.

WITHDRAWAL OF CONSENT TO TRANSFER BY FOREIGN NATIONAL

I, **Simona Merone** hereby indicate that I am no longer interested in being

(PRISONER)

transferred to my home country to continue serving the sentence imposed on me by a court in the United States.

**Simona Merone**    12-3-13
Signature of prisoner          Date

**X37605**
Prisoner number

**Fresno, Ca USA**
Institution or hearing location (City, State or Country)

**Barbara McAuliffe**
Verifying Officer or Witness

**B. McAuliffe Magistrate Judge**
Print name and office